UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re SAINT CASTILLO,

          Plaintiff.

No. C 16-2029 MEJ (PR)

**ORDER OF DISMISSAL**

      On April 18, 2016, Saint Castillo, a California state prisoner, wrote a letter to Magistrate Judge Nandor Vadas complaining of his continued detention in the Security Housing Unit. The Clerk filed the document as a new action and assigned it to the undersigned. The Clerk also advised Mr. Castillo that the action was deficient because he did not pay the requisite $400.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 USC § 1915(a)(2). Mr. Castillo was advised that failure to file the requested items within 28 days would result in dismissal of the action.

      Mr. Castillo has responded by explaining that the letter he submitted was not intended as a new action, but as a letter to Judge Vadas as the settlement judge in Ashker v. Brown, No. C 09-5796 CW. Good cause appearing, this action is therefore DISMISSED as improvidently opened.

///

The Clerk shall forward a copy of Mr. Castillo's April 18, 2016 letter (Dkt. No. 1), and this Order to Magistrate Judge Vadas via his courtroom deputy. No filing fee is due. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: May 17, 2016

Maria-Elena James
United States Magistrate